IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROBERT J. PARKER,

        Plaintiff,

vs.

CRETE CARRIER CORPORATION,

        Defendant.

4:14CV3195

**ORDER**

After conferring with the parties,

IT IS ORDERED:

1) The parties shall further discuss their discovery disputes in good faith, and attempt to resolve them without further court intervention.

2) If any discovery issues remain unresolved as of August 21, 2015, on or before August 24, 2015, the parties shall jointly file a summary, not to exceed ten double-spaced pages in length, which outlines the disputed issues, the objections asserted, and the legal argument as to those issues and objections.

3) Any outstanding discovery disputes that are not timely identified as required in the summary report will be deemed waived.

August 18, 2015.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge