IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| ROBERT J. PARKER, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | 4:14CV3195 |
| | ) | |
| v. | ) | |
| | ) | **ORDER** |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pending before the court are the plaintiff's motion for partial summary judgment on liability (Filing 42); the defendant's motion for summary judgment (Filing 52); and motions in limine filed by both parties (Filing 49; Filing 57). Because it is the present intention of the court to grant the defendant's motion for summary judgment, I shall order that trial of this matter, currently set to begin on Monday, January 25, 2016, be continued until further order of the court.

IT IS ORDERED:

1. Trial of this matter, set to begin on Monday, January 25, 2016, is continued until further order of the court; and

2. The Clerk of Court shall send a copy of this order to the assigned Magistrate Judge.

DATED this 12th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge