IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| ROBERT J. PARKER, | ) | |
| | ) | |
| Plaintiff, | ) | 4:14CV3195 |
| | ) | |
| v. | ) | |
| | ) | **JUDGMENT** |
| CRETE CARRIER CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to the Memorandum and Order entered this date denying Plaintiff's motion for summary judgment and granting Defendant's motion for summary judgment, final judgment is hereby entered in favor of Defendant, and against Plaintiff, providing that Plaintiff shall take nothing.

DATED this 20th day of January, 2016.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge