# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 16-1371
_____

Robert J. Parker

Plaintiff - Appellant

v.

Crete Carrier Corporation

Defendant - Appellee

------------------------------

American Trucking Association

Amicus on Behalf of Appellee(s)

_____

Appeal from U.S. District Court for the District of Nebraska - Lincoln
(4:14-cv-03195-RGK)
_____

**JUDGMENT**

Before LOKEN, GRUENDER and BENTON, Circuit Judges.

    This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

    After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in accordance with the opinion of this Court.

October 12, 2016

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
    /s/ Michael E. Gans